

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HELSON PACHECO-SERRANT, M.D., | § | No. 08-15-00357-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | County Court at Law No. 3 |
| CARMEN MUNOZ, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 2015-DCV-0138) |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JULY, 2018.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating